**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACKI MAHDEE X BLUE,
ADC #71875**                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 4:20-CV-837-BRW-BD**

**JOE PAGE,** *et al*.                                                                      **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Recommendation for dismissal of all claims in this lawsuit. Mr. Blue has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Blue's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim for relief. This dismissal counts as a "strike" for purposes 28 U.S.C. § 1915(g); and the Court certifies that an *in forma pauperis* appeal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 4th day of August, 2020.

<u>Billy Roy Wilson</u> _____
UNITED STATES DISTRICT JUDGE