# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JACKI MAHDEE X BLUE,**
**ADC #71875**                                                                                              **PLAINTIFF**

**V.**                         **CASE NO. 4:20-CV-837-BRW-BD**

**JOE PAGE,** *et al*.                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 4th day of August, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE
